**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIN JOYNT,

        Plaintiff,

v.                                         Case No:   6:14-cv-1524-Orl-40DAB

VOLUSIA COUNTY and STAR
INSURANCE COMPANY,

        Defendants.

**ORDER**

This cause is before the Court on Motion to Remand to State Court and Motion for Attorney's Fees and Costs (Doc. 20) filed on November 15, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 18, 2014 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand to State Court is **GRANTED**.

3. The Motion for Attorney's Fees and Costs is **DENIED**.

4. The case is **REMANDED** to the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida for further proceedings.

5. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of Court for the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.

6. The Clerk is further directed to terminate all pending deadlines and **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties